**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EVGHENII ZUBAREV**, <br><br> *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-05061-JDW** |

### ORDER

**AND NOW**, this 21st day of July, 2026, upon review of Petitioner Evgehenii Zubarev's Complaint In The Nature Of Declaratory, Injunctive, And Habeas Relief (ECF No. 1) and his Emergency Motion For Temporary Restraining Order And Order To Show Cause ("TRO Motion") (ECF No. 1-1), it is **ORDERED** as follows.

1.      Plaintiff's counsel shall serve the Complaint, the TRO Motion, **and** this Order forthwith on Defendants at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, eric.wolfish@usdoj.gov, and Alfred.Vogt@usdoj.gov;

2.      Counsel for Defendants shall enter an appearance as soon as practicable; and

3.      I will hold a telephone conference with the Parties on July 22, 2026, at 4:00 p.m. My Chambers will circulate dial-in information in advance of the call.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.