**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EVGHENII ZUBAREV**, | |
| *Plaintiff,* | |
| v. | **Case No. 2:26-cv-05061-JDW** |
| **J.L. JAMISON, et al.**, | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 22nd day of July, 2026, it is **ORDERED** that Counsel for the Parties shall appear for a hearing on Petitioner Evgehenii Zubarev's Emergency Motion For Temporary Restraining Order And Order To Show Cause ("TRO Motion") (ECF No. 1-1) on July 27, 2026, at 10:00 a.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

It is **FURTHER ORDERED** that Respondents shall file their opposition to the TRO Motion, if any, no later than July 24, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.