IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVGHENII ZUBAREV, | : | |
| | : | |
| *Petitioner,* | : | Civil Action No. 2:26-05061-JDW |
| | : | |
| v. | : | |
| | : | |
| JAMISON, J.L., *et al.,* | : | |
| | : | |
| *Respondents.* | : | |

**Stipulation To Extend the Time for the
Government to Respond to the Petition for Writ of Habeas Corpus**

Petitioner and Respondents, stipulate as follows:

1.      On July 20, 2026, Petitioner filed a Petition for Writ of Habeas Corpus. *See* ECF 1.

2.      The Court approved the parties' stipulation extending the respondents' response date to August 4, 2026. *See* ECF 6.

3.      Petitioner had a custody redetermination hearing on July 30, 2026. Bond was denied.

4.      Petitioner is scheduled for his next immigration court hearing on August 30, 2026.

5.      Petitioner has a filed a motion to be granted voluntary departure and to move his immigration court hearing forward.

6.      The Government agrees to keep Petitioner within the Commonwealth of Pennsylvania for his next administrative hearing.

7.      Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

8.      If it becomes necessary, the Government shall file a response to the

Petition on or before **September 9, 2026**.

|  |  |
|---|---|
| | So stipulated, |
| Dated: August 3 2026 | |
| Vosbikian & Vosbikian | DAVID METCALF<br>United States Attorney |
| */s/ Steven S. Vosbikian* <br>STEVEN S. VOSBIKIAN<br>11946 Marlton Pike East<br>Cherry Hill, NJ 08003<br>ssvosbikian@voslaw.com | */s/ Anthony St. Joseph* <br>ANTHONY ST. JOSEPH<br>Assistant United States Attorney<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106-4476<br>Anthony.stjoseph@usdoj.gov |
| *Attorney for Petitioner* | *Counsel for Respondents* |

**SO ORDERED:**

*/s/ Joshua D. Wolson*
HONORABLE JOSHUA D. WOLSON
United States District Judge

Date:  August 4, 2026

## CERTIFICATE OF SERVICE

I certify that, on this date, I caused the foregoing Stipulation to be filed via the Court's CM/ECF System, thereby serving on counsel of record.

Dated: August 3, 2026                    /s/ *Anthony St. Joseph*
                                         ANTHONY ST. JOSEPH
                                         Assistant United States Attorney